UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                                           CRIMINAL ACTION NO. 5:09CR-15-R-16

CAMEYON DARON ROBERTS                                                   DEFENDANT

**MEMORANDUM AND ORDER**

       Defendant Cameyon Daron Roberts filed a *pro se* motion for appointment of counsel, for evidentiary hearing, and for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(B) and 18 U.S.C. § 3553 (DNs 1024, 1025, & 1028). His motion to reduce his sentence was based on the Supreme Court's recent decision in *Dorsey v. United States*, ___ U.S. ___, 132 S. Ct. 2321 (2012). The United States's response was primarily focused on this Court's lack of jurisdiction to modify a term of imprisonment except in certain situations as set forth in 18 U.S.C. § 3582(c), none of which apply here. The Court agreed that § 3582(c) does not apply here and found that Defendant's *pro se* motion to reduce falls within the parameters of 28 U.S.C. § 2255. However, the Court explained that before it would construe the document filed by Defendant as one seeking relief under § 2255, it is required to provide him with an opportunity to withdraw or amend it. *In re Shelton*, 295 F.3d 620 (6th Cir. 2002) (holding that district court must first give *pro se* prisoner notice that a motion may be recharacterized as a § 2255 motion). Defendant was given 30 days to notify the Court whether he wants to withdraw his motion or amend it.

       Defendant has now notified the Court that he does not oppose the recharacterization of his motion to reduce his sentence as a § 2255 motion (DN 1137). Defendant states that he "will title/characterize his pleading as what-ever the government and especially this Court, deems

proper, to receive the requested relief.  A liberally construed pleading is what the Petitioner desires, and what is fair and just."

Consequently, Defendant's motion (DN 1028) is recharacterized as a § 2255 motion. Additionally, the Court **GRANTS** Defendant's motion to appoint counsel (DN 1024) and hereby **APPOINTS** attorney **Edward Box** pursuant to 18 U.S.C. § 3006A(b) as counsel for Defendant effective **June 5, 2013**.

Defendant's motion for an evidentiary hearing (DN 1025) is **DENIED** as premature at this time.

Date:



cc:     Defendant, *pro se*
        Edward Box, Esq.
        Counsel of record
4413.009